THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALVIN UNTER-MYER et al., as Executors of and Trustees under the Will of SAMUEL UNTERMYER, Deceased, et al., Appellants, against ARTHUR J. McGREGOR, as Acting Commissioner of Assessment and Taxation of the City of Yonkers, Respondent. (1942 Assessment.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL UNTERMYER PARK & GARDENS, Appellant, against ARTHUR J. McGREGOR, as Acting Commissioner of Assessment and Taxation of the City of Yonkers, Respondent. (1943 Assessment.)

Submitted April 8, 1946; decided April 18, 1946.

Motion by respondent for reargument denied, with $10 costs and necessary printing disbursements. [See 295 N. Y. 237.]

CATHERINE MYERS, Respondent, *v.* ALBANY SAVINGS BANK, Appellant.

Submitted April 8, 1946; decided April 18, 1946.

*Boris Schneeberg* for motion.
*Edward S. Rooney* opposed.

Motion denied, with $10 costs.